UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUST JOSH, INC.,

                              Plaintiff,

              -against-

RETAILMENOT, INC., et al.,

                              Defendants.

Case No. 1:25-cv-01422 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

On June 18, 2026, Plaintiff Just Josh, Inc., voluntarily dismissed its claims against

Defendants RetailMeNot, Inc., and Ziff Davis, Inc. *See* Dkt. 28. Accordingly, the Clerk of

Court is respectfully directed to CLOSE this case.

Dated: June 22, 2026
       New York, New York

                              SO ORDERED.

                              _____
                              JENNIFER L. ROCHON
                              United States District Judge